EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>María J. Busó Aboy | 2010 TSPR  178<br><br>183 DPR ____ |

Número del Caso: TS-9508


Fecha: 2 de diciembre de 2011


Abogado de la Parte Peticionaria:

      Lcdo. Víctor M. Rivera González

Comisión de Reputación para el Ejercicio de la Abogacía

      Lcdo. Guillermo Arbona Lago
      Lcdo. Héctor Saldaña Egozcue
      Dr. Robert Stolberg
      Lcda. Jocelyn López Vilanova


Procurador Especial de la Comisión de Reputación

      Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

      Lcda. Minnie H. Rodríguez López
      Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María J. Busó Aboy

TS-9508

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de diciembre de 2011.

Visto el Informe del Procurador General y el Informe de la Comisión de Reputación, proceda María Busó Aboy acreditar que ha tomado un curso de reválida. Una vez acredite lo anterior, se le reinstalará a la profesión.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton inhibido. El Juez Asociado señor Estrella Martínez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo